UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT MICHAEL FERRARO, | |
| Plaintiff, | CASE NO. C20-0726-MAT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER |
| Defendant. | |

This matter comes before this Court following Plaintiff's appeal (Dkt. 28) of the Court's March 23, 2021 Order (Dkt. 24) reversing and remanding the Social Security Administration's denial of benefits to Plaintiff. On December 10, 2021, the United States Court of Appeals for the Ninth Circuit issued a Memorandum (Dkt. 30) reversing and remanding that decision to the Social Security Administration for further administrative proceedings consistent with the Memorandum.

On December 10, 2021, the Court of Appeals issued the formal Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, making it the final judgment of the Court. (Dkt. 31.)

It is hereby ORDERED that this matter be remanded to the Social Security Administration for further administrative proceedings consistent with the Memorandum of the United States Court

ORDER
PAGE - 1

of Appeals for the Ninth Circuit entered December 10, 2021. (Dkt. 30.)

DATED this 13th day of December, 2021.

MARY ALICE THEILER
United States Magistrate Judge

ORDER
PAGE - 2